# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Heriberto MENDEZ-Alvarez**

AKA:
IAE       YOB: 1974
        Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-18-2607-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On December 19, 2018, Heriberto MENDEZ-Alvarez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on December 20, 2018. Record checks revealed the defendant was formally removed from the United States to Mexico for the third (3rd) time on January 2, 2014 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about November 15, 2018 by wading the Rio Grande River at or near Brownsville, Texas. On November 30, 2012, the defendant was convicted of 8 USC 1326 Being found in the U.S after prevoius deportation and sentenced to twenty (20) months to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA _____

_____
Signature of Complainant

**Armando Perez**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

December 21, 2018      at    McAllen, Texas
Date                         City and State

_____
Signature of Judicial Officer

**Juan F. Alanis**      **U.S. Magistrate Judge**
Name and Title of Judicial Officer